NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ULTIMATEPOINTER, L.L.C.,**
*Plaintiff-Cross-Appellant*

v.

**NINTENDO CO., LTD.,**
**NINTENDO OF AMERICA INC.,**
*Defendants-Appellants*

---

2015-1532, 2015-1535, 2015-1584

---

Appeals from the United States District Court for the Western District of Washington in No. 2:14-cv-00865-RSL, Judge Robert S. Lasnik.

---

## JUDGMENT

---

CHARLES JOHN ROGERS, Conley Rose, P.C., Houston, TX, argued for plaintiff-cross-appellant. Also represented by MICHAEL JAMES GUTHRIE, THOMAS WARDEN, GREGORY LOREN MAAG.

MARK CHRISTOPHER NELSON, Dentons US LLP, Dallas, TX, argued for defendants-appellants. Also represented by STEVEN M. GEISZLER, RICHARD SALGADO; JERRY A.

RIEDINGER, TYLER C. PETERSON, Perkins Coie, LLP, Seattle, WA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, DYK, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 March 1, 2016          /s/ Daniel E. O'Toole
        Date                    Daniel E. O'Toole
                                Clerk of Court